**Order filed July 13, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00326-CV
_____

### IN THE ESTATE OF DAVE WALKER, DECEASED

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. P20-084**

## O R D E R

The notice of appeal in this case was filed June 3, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **July 23, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.